72 F.3d 110
 Terry F. NEWELL, Plaintiff-Appellee,
v.
Frank SAUSER; Lou Easter; Sharon Starr, Sgt.;
Disciplinary Committee Chairperson; Tom Reimer, Sgt.;
Robert Hartzler, Officer of the Spring Creek Correctional
Center; in their individual and official capacities,
Defendants-Appellants.
 No. 94-35243.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 18, 1995.
 
 Before: WRIGHT, POOLE, and WIGGINS, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed on September 11, 1995, 64 F.3d 1416 (9th Cir.1995), is withdrawn.